IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICAH ANGEL**                                                           **PLAINTIFF**

v.                                Case No. 3:23-cv-148-JM

**US MARSHALLS SERVICE**                                **DEFENDANT**

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE